**YUPOONG, INC., Plaintiff–Appellee,**

v.

**H & C HEADWEAR INC. (doing business as KC Caps), Defendant–Appellant.**

**No. 03–1335.**

United States Court of Appeals, Federal Circuit.

Oct. 16, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).